UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>             Plaintiff,<br><br>      v.<br><br>B&K ASIAN KITCHEN, INC, *et al.*,<br><br>             Defendants. | Case No.   1:23-cv-00274-JLT-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANT BK DUANGBOUPHA, TRUSTEE OF THE DUANGBOUPHA FAMILY TRUST<br><br>(ECF No. 5) |

   This matter is before the Court on Plaintiff's notice of voluntary dismissal (ECF No. 5) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing Plaintiff's claims only as to Defendant BK Duangboupha, Trustee of the Duangboupha Family Trust. In light of the voluntary dismissal, and as no defendant has filed an answer or a motion for summary judgment, Plaintiff's claims against Defendant BK Duangboupha, Trustee of the Duangboupha Family Trust, are terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and have been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is directed to terminate Defendant BK Duangboupha, Trustee of the Duangboupha Family Trust, from the docket.

IT IS SO ORDERED.

   Dated:  **April 11, 2023**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1