Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Jose Escobedo

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>         Plaintiff,<br><br>    vs.<br><br>B&K ASIAN KITCHEN, INC.; BK DUANGBOUPHA, Trustee of the DUANGBOUPHA FAMILY TRUST; BONE DUANGBOUPHA, Trustee of the DUANGBOUPHA FAMILY TRUST;<br><br>         Defendants. | No. 1:23-cv-00274-JLT-EPG<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Jose Escobedo and Defendants, B&K Asian Kitchen, Inc. dba B & K Asian Kitchen; and Bone Duangboupha, Trustee of the Duangboupha Family Trust, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: June 27, 2023                     MOORE LAW FIRM, P.C.

                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorney for Plaintiff,
                                         Jose Escobedo

Dated: June 27, 2023                     Campagne & Campagne

                                         /s/ Justin T. Campagne
                                         Justin T. Campagne
                                         Attorney for Defendants,
                                         B&K Asian Kitchen, Inc. dba B & K Asian
                                         Kitchen; and Bone Duangboupha, Trustee of the
                                         Duangboupha Family Trust

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorney for Plaintiff,
                                         Jose Escobedo