UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>B&K ASIAN KITCHEN, INC, *et al.*,<br><br>    Defendants. | Case No.   1:23-cv-00274-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION<br><br>(ECF No. 11) |

On June 27, 2023, Plaintiff Jose Escobedo and Defendants B&K Asian Kitchen, Inc. *dba* B & K Asian Kitchen and Bone Duangboupha, Trustee of the Duangboupha Family Trust filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees and costs.[1] (ECF No. 11). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.
IT IS SO ORDERED.

Dated:   **June 29, 2023**                                    /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant BK Duangboupha, Trustee of the Duangboupha Family Trust, was dismissed without prejudice on April 12, 2023, pursuant to Plaintiff's notice of voluntary dismissal. (ECF No. 6).

1